No. 10-10618. Mark Elliott Smead, Petitioner v. Ohio.

564 U.S. 1044, 131 S. Ct. 3077, 180 L. Ed. 2d 899, 2011 U.S. LEXIS 4964.

June 27, 2011. Petition for writ of certiorari to the Court of Appeals of Ohio, Summit County, denied.

No. 10-10622. Patricia E. Dadi, et vir, Petitioners v. Richard A. Danzig, Trustee.

564 U.S. 1044, 131 S. Ct. 3077, 180 L. Ed. 2d 899, 2011 U.S. LEXIS 4844.

June 27, 2011. Petition for writ of certiorari to the Appellate Court of Connecticut denied.

Same case below, 125 Conn. App. 254, 11 A.3d 153.

No. 10-10634. Amesheo D. Cannon, Petitioner v. United States.

564 U.S. 1044, 131 S. Ct. 3077, 180 L. Ed. 2d 899, 2011 U.S. LEXIS 4808.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

No. 10-10645. Jason Shawn Brooks, Petitioner v. United States.

564 U.S. 1044, 131 S. Ct. 3077, 180 L. Ed. 2d 899, 2011 U.S. LEXIS 4957.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 628 F.3d 791.

No. 10-10653. Albert L. Johnson, Petitioner v. United States Parole Commission.

564 U.S. 1044, 131 S. Ct. 3077, 180 L. Ed. 2d 899, 2011 U.S. LEXIS 4969.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 411 Fed. Appx. 936.

No. 10-10654. John J. Keller, Petitioner v. United States.

564 U.S. 1044, 131 S. Ct. 3077, 180 L. Ed. 2d 899, 2011 U.S. LEXIS 4811.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 395 Fed. Appx. 912.

No. 10-10657. Mark Justin Daniels, Petitioner v. United States.

564 U.S. 1044, 131 S. Ct. 3078, 180 L. Ed. 2d 899, 2011 U.S. LEXIS 4897.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 413 Fed. Appx. 676.